Docusign Envelope ID: DD69FF47-9B85-4A62-A2F6-50E12E26E1AC

## DECLARATION OF WILLIAM ANDREW OGLES

1. I, William Andrew ("Andy") Ogles, state that I am over the age of eighteen and competent to make this sworn declaration.

2. I currently represent Tennessee's Fifth Congressional District in the House of Representatives.

3. On November 8, 2022, after a contested primary, I won the general election for my district.

4. I am a member of the Republican Party. I am also a member of the House Freedom Caucus.

5. I was sworn into office as a member of the 118th Congress on January 3, 2023. The Republican Party held a 222-213 seat majority at that time.

6. By making this Declaration, I do not intend to waive any privilege that I may have under the Speech or Debate Clause. I make these statements solely to demonstrate to the Court that legislative materials reside on the phone and email account seized from me by the FBI.

7. From the time of my election, I used my cell phone and Google email account nearly every day to communicate with fellow legislators, colleagues, and Congressional staff about sensitive legislative issues. Throughout this declaration, I will refer to this type of information as "legislative materials."

8. For example, shortly after my election, I joined my fellow members of the Freedom Caucus in opposing California Congressman Kevin McCarthy's bid for Speaker of the House. Some members of the Freedom Caucus opted to cast votes for

Docusign Envelope ID: DD69FF47-9B85-4A62-A2F6-50E12E26E1AC

Congressman Jim Jordan and former President Donald Trump as Speaker, among others, continuing their opposition until Congressman McCarthy agreed to a number of demands on the House rules package, including a one-member threshold for calling for an ouster of the Speaker. The House later ousted Speaker McCarthy from the position.

9. On October 25, 2023, after more than three weeks of debate and 15 rounds of balloting, the House elected Louisiana Representative Mike Johnson as the 56th Speaker of the House to replace Speaker McCarthy.

10. In the time periods surrounding these Speaker debates, I used my cell phone and email daily to send and receive legislative materials about them.

11. During my term, I have introduced numerous pieces of legislation. For example, I introduced several pieces of legislation in response to the pro-Palestinian protests on university campuses following the attack on Israel by Hamas on October 7, 2024. This included the Antisemitism Community Service Act (HR 8321) and the Study Abroad Act (HR 8322).

12. I also introduced the Inflation Reduction Act of 2023, which aimed to repeal the previous year's Inflation Reduction Act.

13. During my term, I have submitted 100 legislative proposals. Of these 100 legislative proposals, 37 have been passed by the House, and three have been signed into law so far.

Docusign Envelope ID: DD69FF47-9B85-4A62-A2F6-50E12E26E1AC

14. I used my cell phone and Google email to send and receive legislative materials during the time periods surrounding each of the pieces of legislation I introduced.

15. I also have worked extensively on legislation I did not personally introduce. So far, I have co-authored legislation with many United States Senators, including Republicans Ted Cruz of Texas, Mike Lee of Utah, Rand Paul of Kentucky, Steve Daines of Montana, and others on several occasions.

16. I used my cell phone and email to send and receive legislative materials related to the work I have done on all the legislation I have co-authored.

17. From the time I was elected as a member of the 118th Congress, including before and during the events surrounding the elections of Speakers McCarthy and Johnson and the crafting of individual pieces of legislation, I used the cell phone and email account in question to communicate through text messages and emails about legislative matters nearly every day, including with fellow Congressmen, Senators, former President Trump, and legislative staff, among others.

18. On July 12, 2024, prosecutors working under the direction of Attorney General Garland obtained a search warrant to be served on Google, Inc. for information associated with my personal email account for the period from January 1, 2022 to the present. There is a substantial amount of legislative material in this Google account.

19. On July 30, 2024, prosecutors working under the direction of Attorney General Garland obtained another search warrant for my cell phone, on which there is also a substantial amount of legislative material.

20. On August 2, 2024, FBI agents executed the search warrant for my cell phone, and I provided them with it. At the time I provided it to them, the phone contained legislative materials in multiple formats, including text messages, emails, and other data.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed by:
*Andy Ogles*
C3F8DCB1AC5A4E7...

William Andrew Ogles
September 3, 2024