IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In the Matter of the Search of A Wireless Telephone Assigned Telephone Number (615) ***-****, Believed to Be Used by William Andrew Ogles,<br><br>U.S. Representative William Andrew Ogles, in both his official capacity as a Member of the U.S. House of Representatives, and his individual capacity,<br><br>      Movant. | Case No. 24-mj-4276<br><br>Magistrate Judge Alistair Newbern |

## MOTION FOR LEAVE TO FILE EXPEDITED REPLY

U.S. Representative William Andrew Ogles moves this Court for leave to file a reply brief in support of his Emergency Motion for Return of Property. (Dkt. 2.) Congressman Ogles requests until September 16, 2024, to file the reply.

On September 4, 2024, Congressman Ogles filed an emergency motion seeking return of his seized cell phone and emails in order to remove legislative materials protected by the Constitution's Speech or Debate Clause. (Dkt. 2.) That same day, the Court ordered the Government to respond to the emergency motion by September 11, 2024. (Dkt. 5.) The Government has now filed its response (Dkt. 9), and Congressman Ogles intends to address its points in a reply.

Local Rule 7.01(a)(4) permits a reply of five pages or less to be filed without leave of court within seven days of the response. The Court's order setting the Government's response deadline did not separately set forth a deadline by which

Congressman Ogles should submit the optional reply provided for by the Local Rules. Because of the emergency posture of his motion, Congressman Ogles respectfully requests that he be allowed to file his reply on or before September 16, 2024.

Date: September 13, 2024

        Respectfully submitted,

        LITSON PLLC

        */s/ Alex Little*
        J. Alex Little (No. 29858)
        Zachary C. Lawson (No. 36092)
        John R. Glover (No. 37772)
        Litson PLLC
        54 Music Square East, Suite 300
        Nashville, TN 37203
        Telephone: 615-985-8205
        alex@litson.co | zack@litson.co | jr@litson.co

        RAYBIN & WEISSMAN, P.C.

        */s/ David Raybin*
        David Louis Raybin (No. 3385)
        424 Church Street, Suite 2120
        Nashville, Tennessee 37219
        Telephone: (615) 256-6666 Ext. 220
        draybin@NashvilleTnLaw.com

        E&W LAW, LLC

        */s/ John S. Irving*
        John S. Irving*
        1455 Pennsylvania Avenue, N.W., Suite 400
        Washington, D.C. 20004
        Telephone: (301) 807-5670
        john.irving@earthandwatergroup.com
            *Pro hac vice motion pending*

SECIL LAW PLLC

*/s/ John P. Rowley III*
John P. Rowley III*
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
Telephone: (202) 642-0679
jrowley@secillaw.com
*\*Pro hac vice motion forthcoming*

*Counsel for Congressman Andy Ogles*

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September 2024, a true and correct copy of the foregoing has been served via the Court's CM/ECF system upon all counsel of record and emailed to the following counsel:

Chris Suedekum
Robert Levine
Assistant United States Attorney
U.S. Attorney's Office
for the Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN 37203
Chris.Suedekum@usdoj.gov
Robert.Levine@usdoj.gov

John P. Taddei
Trial Attorney, Public Integrity Section
United States Department of Justice
1301 New York Avenue NW
Washington, DC 20530
John.Taddei@usdoj.gov

*/s/ Alex Little*