

# U.S. District Court

### Tennessee Middle - Nashville

THIS IS A COPY

Receipt Date: Sep 17, 2024 1:19PM

John P. Rowley III

Rcpt. No: 300003906  Trans. Date: Sep 17, 2024 1:19PM  Cashier ID: #KC

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 111 | Pro Hac Vice | DTNM307ATPROHAC /001<br>CLERK, UNITED STATES DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | | Amt |
|----|--------|---|---|-----|
| PC | Check/Money Order | #5355 | 09/17/2024 | $150.00 |

Total Due Prior to Payment: $150.00
Total Tendered: $150.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: 24-mj-4276 pro hac fee

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.