UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

In re: Search Warrants

Case No. 3:24-mj-04250
3:24-mj-04276

Magistrate Judge Luke A. Evans

## ORDER

In light of the notice of withdrawal of Andy Ogles' pending emergency motions for return

of property (Doc. Nos. 4, 2), the motions are hereby terminated.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge