# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN THE MATTER OF SEARCH OF INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT W***********1@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC

IN THE MATTER OF SEARCH OF A WIRELESS TELEPHONE ASSIGNED TELEPHONE NUMBER (615) ***-**** BELIEVED TO BE USED BY WILLIAM ANDREW OGLES

Case Nos. 3:24-mj-04250
3:24-mj-04276

## MOTION OF SCRIPPS MEDIA, INC. TO
## INTERVENE AND UNSEAL JUDICIAL RECORDS

Scripps Media, Inc. ("Scripps"), which owns and operates WTVF NewsChannel5 in Nashville, Tennessee, respectfully moves to intervene and unseal the warrants and related filings docketed in the above-captioned matters at Search Warrant Issued, Dkt. No. 1, *Search of Wireless Telephone*, Case No. 3:24-mj-04276 (M.D. Tenn. July 30, 2024); Search Warrant Issued, Dkt. No. 1, *Search of Information Associated with Google Account*, Case No. 3:24-mj-04250 (M.D. Tenn. Jul. 12, 2024). Specifically, Scripps respectfully requests that this Court enter an order unsealing the following records:

(1)  The filings docketed at Doc. No. 1 in the matter of *Search of Wireless Telephone*, 3:24-mj-04276 (M.D. Tenn. 2024), including the warrant, the United States' application, any attachments, and other associated filings; and

(2)  The filings docketed at Doc. No. 1 in the matter of *Search of Information Associated with Google Account*, No. 3:24-mj-04250 (M.D. Tenn. 2024), including the warrant, the United States' application, any attachments, and other associated filings.

1

(collectively, the "Warrant Materials").[1]

The Sixth Circuit has recognized that "media organizations may move to intervene for the purpose of contesting closure of hearings and the sealing of documents." *Application of Storer Commc'ns, Inc.*, 828 F.2d 330, 335 (6th Cir. 1987). As set forth in the accompanying Memorandum of Law, the common law right of access to judicial records applies to these Warrant Materials, the public's interest in accessing them is weighty, and no countervailing secrecy interest has been identified that could justify their continued sealing. Accordingly, the Warrant Materials should be unsealed.

Pursuant to Local Rule 7.01(a)(1), in advance of filing this Motion, counsel for Scripps conferred with counsel for the United States and counsel for Representative Ogles in this matter. The United States took no position on the relief requested herein but indicated that it may seek to redact certain portions of the Warrant Materials in the event disclosure is ordered. Representative Ogles opposes the relief requested herein.

WHEREFORE, Scripps respectfully requests that the Court grant its Motion to Intervene and unseal the Warrant Materials.


DATED: August 13, 2026

Respectfully submitted,

*/s/ Paul R. McAdoo*
Paul R. McAdoo (BPR No. 034066)
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
6688 Nolensville Rd., Suite 108-20
Brentwood, TN 37027
Phone: 615.823.3633

---

[1] Although the dockets concerning these two warrants are separate, their continued sealing implicates issues of common fact and law. Accordingly, Scripps intends to file an identical copy of this motion intervene and unseal the Warrant Materials in each matter.

2

Facsimile: 202.795.9310

*Counsel for Scripps Media, Inc.*

Case 3:24-mj-04276     Document 26     Filed 08/13/26     Page 3 of 4 PageID #: 209

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on August 13, 2026, the foregoing Motion of Scripps Media, Inc. to Intervene and Unseal Judicial Records was served upon counsel for the United States and U.S. Representative William Andrew Ogles through the CM/ECF system and/or via email at the following email addresses:

John P. Taddei
U.S. Department of Justice
950 Pennsylvania Ave NW,
Suite 1716
Washington, DC 20530
john.taddei@usdoj.gov

*Counsel for the United States*

J. Alex Little
Zachary C. Lawson
John R. Glover
Litson PLLC 54 Music Square East,
Suite 300
Nashville, TN 37203
alex@litson.co
zack@litson.co
jr@litson.co

David Louis Raybin
Raybin & Wessman, P.C.
424 Church Street,
Suite 2120
Nashville, Tennessee 37219
draybin@NashvilleTnLaw.com

John S. Irving, IV
John P. Rowley III
Secil Law PLLC
1701 Pennsylvania Ave., N.W.,
Suite 200
Washington, D.C. 20006
jirving@SECILlaw.com
jrowley@SECILlaw.com

*Counsel for Congressman Ogles*

DATED: August 13, 2026

*/s/ Paul R. McAdoo*
Paul R. McAdoo (BPR No. 034066)
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS

*Counsel for Scripps Media, Inc.*

4