**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **In the Matter of the Search of Information Associated with w************1@gmail.com That Is Stored at Premises Controlled by Google, Inc.,** | ) | **NO. 3:24-mj-04250**<br>**NO. 3:24-mj-04276** |
| **In the Matter of the Search of a Wireless Telephone Assigned Telephone Number (615) ***-****, Believed to be Used by William Andrew Ogles,** | ) | **JUDGE CAMPBELL**<br>**MAGISTRATE JUDGE EVANS** |

**ORDER**

Today, counsel for interested party Willaim Andrew Ogles contacted the Court to raise issues concerning recent orders unsealing documents. The Court's Practice and Procedure Manuel states that counsel are not to contact law clerks directly. Counsel shall refrain from doing so in the future.

Although the Court has begun the remittal process, given the timing of that process, I **RECUSE** to allow another district judge to consider the pending motions. The Clerk is directed to reassign these cases to another district judge.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE