**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **In the Matter of the Search of** | ) | |
| **Information Associated with** | ) | |
| **w************1@gmail.com That Is** | ) | |
| **Stored at Premises Controlled by Google,** | ) | |
| **Inc.,** | ) | **NO. 3:24-mj-04250** |
| | ) | **NO. 3:24-mj-04276** |
| **In the Matter of the Search of a Wireless** | ) | |
| **Telephone Assigned Telephone Number** | ) | |
| **(615) ***-****, Believed to be Used by** | ) | |
| **William Andrew Ogles,** | ) | |

**ORDER**

I hereby recuse in these cases.

IT IS SO ORDERED.

ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE