Motion (47) is **GRANTED** to sealing Doc. No. 45 in case 3:24-mj-4250 and Doc. No. 44 in case 3:24-mj-4276**,** pending further order of the Court.

Waverly D. Crenshaw, Jr.
US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| In the Matter of the Search of Information Associated with w************1@gmail.com That is Stored at Premises Controlled by Google, Inc., | Case Nos. 3:24-mj-04250 and 3:24-mj-04276 |
| In the Matter of the Search of A Wireless Telephone Assigned Telephone Number (615) ***-****, Believed to Be Used by William Andrew Ogles, | District Judge Aleta A. Trauger<br>Magistrate Judge Luke A. Evans |
| U.S. Representative William Andrew Ogles, in both his official capacity as a Member of the U.S. House of Representatives, and his individual capacity,<br><br>Movant, | [FILED IN BOTH CASES] |
| Scripps Media, Inc.,<br><br>Intervenor. | |

**CONGRESSMAN OGLES'S EMERGENCY MOTION TO RESTORE THE SEAL ON THE SEARCH WARRANT MATERIALS PENDING RESOLUTION OF HIS OBJECTIONS, AND INCORPORATED MEMORANDUM OF LAW**

On October 2, 2026, the Magistrate Judge ordered redacted versions of the search warrant materials unsealed, and the Clerk placed them on the public docket. (Dkt. 43, 44.)[1] Had nothing been pending before a district court, that would have been

[1] Docket citations refer to Case No. 3:24-mj-04276; this motion is filed in both cases. To the extent a separate objection to the October 2 Order is required, Congressman Ogles objects to it under Federal Rule of Criminal Procedure 59 and Local Rule 72.02 on the grounds stated here and in his Objections.