**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **In the matter of Search of Information associated with the Google Account W*************@Gmail.com that is stored at premises controlled by Google LLC** | ) | **NO. 3:24-mj-4250 and 3:24-mj-4276** |
| **In the matter of Search of a Wireless Telephone assigned telephone number (615)***-**** believed to be used by William Andrew Ogles** | ) | |

**ORDER**

When the Court granted Congressman Ogles' Emergency Motion to Restore the Seal on the Search Warrant Materials Pending Resolution of his Objections, and Incorporated Memorandum of Law (Doc. No. 49 in Case No. 3:24-mj-4250 and Doc. No. 48 in Case No. 3:24-mj-4276), it did not have the benefit of Scripps Media, Inc.'s response in opposition. (Doc. No. 50 in Case No. 3:24-mj-4250 and Doc. No. 49 in Case No. 3:24-mj-4276). Scripps' response relies upon legal authority that Ogles' delay in filing his motion to re-seal resulted in public access to Doc. No. 45 in Case No. 3:24-mj-4250 and Doc. No. 44 in Case No. 3:24-mj-4276 for more than twenty-four hours. Doc. No. 50 at 2 in Case No. 3:24-mj-4250 and Doc. No. 49 at 2 in Case No. 3:24-mj-4276). Indeed, both documents have been publicly posted. (Doc. No. 50 -2 Case No. 3:24-mj-4250 and Doc. No. 49-2 in Case No. 3:24-mj-4276). Accordingly, no later than **3:00 p.m. on October 5, 2026**, Ogles shall file a reply to Scripps' response. (Doc. No. 50 Case No. 3:24-mj-4250 and Doc. No. 49 in Case No. 3:24-mj-4276).

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR
UNITED STATES DISTRICT JUDGE